IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-1028 |
| Plaintiff, | )<br>)<br>) | **INDICTMENT** |
| vs. | )<br>) | |
| KAYNE RUSSELL DONATH, | )<br>) | **Count 1**<br>18 U.S.C. § 922(g)(1): |
| Defendant. | )<br>) | Possession of a Firearm<br>by a Felon |
| | )<br>) | **Forfeiture** |
| | ) | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about June 2, 2022, in the Northern District of Iowa, defendant KAYNE RUSSELL DONATH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus G2C 9mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year:

> Interference With Official Acts While Using or Displaying a Dangerous Weapon, in the Iowa District Court for Dubuque County, on or about November 5, 2017, in case number FECR126084.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Firearm Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant, KAYNE RUSSELL DONATH, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/Foreperson

Grand Jury Foreperson

8-16-22
Date

TIMOTHY T. DUAX
Acting United States Attorney

By:

JASON DORVAL NORWOOD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/17/2022
PAUL DE YOUNG, CLERK