IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 22-cr-1028 |
| Plaintiff, ) | |
| vs. ) | **<u>UNRESISTED</u>** |
| KAYNE RUSSELL DONATH, ) | DEFENDANT'S MOTION FOR PERMISSION TO MARRY |
| Defendant. ) | |

Defendant, Kayne Russell Donath, through counsel, respectfully requests permission from this Court to marry, and states in support as follows:

1. Kayne Russell Donath was indicted on August 17, 2022, on one count of Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. Mr. Donath is being detained at the Iowa County Jail.

3. Mr. Donath is seeking permission to marry Madison Wemmer.

4. Assistant U.S. Attorney Jason Norwood has indicated that he does not resist Mr. Donath's motion to marry.

For the foregoing reasons, the defendant, Kayne Russell Donath, respectfully requests permission from this Court to marry Madison Wemmer.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 4, 2023, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea

1